# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

JACKY LEE GUFFEY                                                                        PLAINTIFF

V.                          NO. 3:12CV00053 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                 DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 19th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE